UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG NO: 22-11377 |
| ) | |
| Plaintiff, ) | JUDGE LEDA WETTRE |
| ) | |
| v ) | |
| ) | **MOTION TO WITHDRAW** |
| JAMES FEELEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Now comes undersigned counsel, Leif B. Christman, and respectfully requests to withdraw from his representation of James Feeley. Defendant has retained alternate counsel and requested that undersigned counsel withdraw.

Wherefore, it is requested that counsel be granted permission to withdraw as counsel for defendant James Feeley.

Respectfully submitted,

**s/Leif B. Christman**
**LEIF B. CHRISTMAN (0070014)**
55 Public Square, Suite 2100
Cleveland, Ohio 44113
Tel: 216-241-5019
Fax. 216-363-6013
E_mail: Lbchristman@hotmail.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2022, the forgoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                Respectfully submitted,

                                <u>s/ Leif B. Christman</u>
                                Leif B. Christman
                                Attorney for Defendant